In the Matter of the TARIFF FILINGS OF UNION ELECTRIC COMPANY d/b/a Ameren Missouri, to Increase its Revenues for Retail Electric Service, Appellant,

v.

MISSOURI PUBLIC SERVICE COMMISSION; Missouri Office of Public Counsel; Charter Communications; MEUA; The Municipal Group; AARP and Consumers Council of Missouri, Natural Resources Defense Council; Renew Missouri; MDNR; Missouri Department of Natural Resources; IBEW, Local Unions and International Union of Operating Engineers; and Missouri–American Water Company, Respondents.

No. WD 74172.

Missouri Court of Appeals,
Western District.

July 10, 2012.

James Lowery, Columbia, MO, Thomas Byrne, St. Louis, MO, for Appellant.

Jennifer Heintz, Kevin Thompson, Steven Dottheim, Jefferson City, MO, for Pub. Serv. Comm.

Lewis Mills, Jr., Jefferson City, MO, for Office of Pub. Counsel.

Mark Comley, Jefferson City, MO, for Charter Communications.

David Woodsmall, Jefferson City, MO, for MEUA.

Leland Curtis, Carl Lumley, St. Louis, MO, Kevin O'Keefe, Clayton, MO, for The Municipal Group.

John Coffman, St. Louis, MO, for AARP & Consumers Council of MO.

Jennifer Frazier, Jefferson City, MO, for MDNR.

Mary Young, Jefferson City, MO, for The MO. Dep't of Natural Resources.

Sherrie Schroder, Michael Evans, St. Louis, MO, for IBEW, Local Unions, & Int'l Union of Eng'r.

John Reichart, St. Louis, MO, for MO Am. Water Co.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Union Electric Company d/b/a Ameren Missouri (Ameren) appeals the Missouri Public Service Commission's Report and Order denying Ameren's request to include costs of $89 million in its rate base to calculate a general rate increase for electric service.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).